# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| CLEARBROOK, an Illinois corporation, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No.  08 C 2653 |
| | ) | |
| TEMPERATURE EQUIPMENT CORPORATION, an Illinois corporation, doing business as HARRY ALTER CO., and JOHN DOES 1-10, | ) ) ) ) ) | Judge Gettleman |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Daniel A. Edelman
       Michell R. Teggelaar
       Julie Clark
       Heather A. Kolbus
       Edelman, Combs, Latturner & Goodwin, LLC
       120 S. LaSalle Street, 18th Floor
       Chicago, IL 60603

PLEASE TAKE NOTICE that on the 22nd day of May, 2008, at 9:15 a.m., I shall appear before the Honorable Judge Gettleman or any other Judge presiding in his stead in Courtroom 1703 of the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and then and there present **DEFENDANT TEMPERATURE EQUIPMENT CORPORATION'S RULE 12(b)(6) MOTION TO DISMISS COUNTS II AND III**, a copy of which is attached and served upon you.

## CERTIFICATE OF SERVICE

I, Donald S. Rothschild, an attorney, certify that I filed a copy of this Notice and the document attached thereto via electronic submission through CM/ECF and served a copy on all CM/ECF participants on this 15th day of May, 2008.

                                           /s/ Donald S. Rothschild
                                           Attorney for Defendant Temperature
                                           Equipment Corporation

Donald S. Rothschild
Brian M. Dougherty
GOLDSTINE, SKRODZKI, RUSSIAN,
NEMEC AND HOFF, LTD.
835 McClintock Drive, Second Floor
Burr Ridge, Illinois 60527
630/655-6000

370696.1