**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CLEARBROOK, an Illinois corporation, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 08 C 2653 |
| | ) | |
| TEMPERATURE EQUIPMENT CORPORATION, an Illinois corporation, doing business as HARRY ALTER CO., and JOHN DOES 1-10, | ) ) ) ) | Judge Gettleman  Magistrate Judge Keys |
| | ) | |
| Defendants. | ) | |

**DEFENDANT TEMPERATURE EQUIPMENT CORPORATION'S FED.R.CIV.PROC. 7.1 DISCLOSURE STATEMENT**

NOW COMES Defendant, TEMPERATURE EQUIPMENT CORPORATION, doing business as HARRY ALTER CO. ("TEC"), by and through its attorneys, GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD., and DONALD S. ROTHSCHILD and BRIAN M. DOUGHERTY, and for its Rule 7.1 DISCLOSURE STATEMENT, states as follows:

1. No parent corporation owns 10% of more of TEC's stock.

2. No publicly held corporation owns 10% of more of TEC's stock.

          Respectfully submitted,

          TEMPERATURE EQUIPMENT
          CORPORATION, doing business as
          HARRY ALTER CO.


          By:  /s/ Donald S. Rothschild
                One of Its Attorneys

Goldstine, Skrodzki, Russian,
   Nemec and Hoff, Ltd.
Donald S. Rothschild
Brian M. Dougherty
835 McClintock Drive, Second Floor
Burr Ridge, IL 60527
630/655-6000

## CERTIFICATE OF SERVICE

  I, Donald S. Rothschild, an attorney, certify that I served a copy of ***Defendant Temperature Equipment Corporation's Fed.R.Civ.Proc. 7.1 Disclosure Statement*** was filed with the United States District Court via electronic submission through CM/ECF and was served on all registered participants on May 15, 2008.

               /s/ Donald S. Rothschild
               Attorney for Defendant
               Temperature Equipment Corporation

Donald S. Rothschild
Brian M. Dougherty
GOLDSTINE, SKRODZKI, RUSSIAN,
NEMEC AND HOFF, LTD.
835 McClintock Drive, Second Floor
Burr Ridge, Illinois 60527

370725.1              2