# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2653 | **DATE** | 5/28/2008 |
| **CASE TITLE** | Clearbrok    vs Temperature Equipment Co. | | |

**DOCKET ENTRY TEXT:**

Plaintiffs' motion for leave to amend complaint is granted.   Response is due by 6/20/2008.  Defendant's motion to dismiss counts II and III is denied as moot.  Joint status report is due by 6/23/2008.  Status hearing is set for 6/26/2008, at 9:00 a.m.

[Docketing to mail  notice]

00:05

| | Courtroom Deputy | GDS |
|---|---|---|