**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN  DIVISION**

| | | |
|---|---|---|
| CLEARBROOK, an Illinois corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 C 2653 |
| | ) | |
| TEMPERATURE EQUIPMENT | ) | Judge Gettleman |
| CORPORATION, | ) | |
| doing business as HARRY ALTER CO., | ) | Magistrate Judge Keys |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Clearbrook, an Illinois Corp.

("Plaintiff") and Defendant Temperature Equipment Corp. d/b/a Harry Alter Co., ("Defendant"),

hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendant with

prejudice, and with each party bearing its own costs.  This stipulation of dismissal disposes of the

entire action.


/s/ Julie Clark                                      /s/ Donald S. Rothschild

Daniel A. Edelman                          Donald S. Rothschild
Julie Clark                                        Brian M. Dougherty
EDELMAN, COMBS, LATTURNER       GOLDSTINE, SKRODZKI, RUSSIAN,
        & GOODWIN, LLC                         NEMEC AND HOFF, LTD.
120 S. LaSalle Street, 18th floor          835 McClintock Dr., 2nd Floor
Chicago, Illinois  60603                     Burr Ridge, IL 60527
(312) 739-4200                                  (630) 655-6000
(312) 419-0379 (FAX)

## <u>CERTIFICATE OF SERVICE</u>

   I, Julie Clark, certify that on June 26, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Donald S. Rothschild
dsr@gsrnh.com


Brian Michael Dougherty
bmd@gsrnh.com

              /s/Julie Clark
              Julie Clark