# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2653 | **DATE** | 6/27/2008 |
| **CASE TITLE** | Clearbrook, an Ill. Corp.    vs    Temperature Equipment Corp. | | |

**DOCKET ENTRY TEXT:**

On stipulation, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this cause is dismissed with prejudice and without costs.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|